UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY J. KORNFELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANAGEMENT & TRAINING CORP., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00847-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTIONS TO DISMISS<br><br>(ECF No. 29) |

　　　　Plaintiff Ray J. Kornfeld is a former federal prisoner proceeding *pro se* in this civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 1, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that the motion to dismiss filed by Defendants Management & Training Corporation, Georgina Puentes, and Martin Friend be granted for failure to state a cognizable claim for relief under federal law. (ECF No. 29.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days. (*Id*. at 8.) No objections were filed, and the deadline to do so has expired.

///

///

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on September 1, 2022 (ECF No. 29), are adopted in full;
2. Defendants' motion to dismiss (ECF No. 11) is granted, without leave to amend;
3. This action is dismissed, with prejudice, based on Plaintiff's failure to state a cognizable claim for relief under federal law; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 2, 2022                                   _____
                                                            UNITED STATES DISTRICT JUDGE